May Term, 1834.

ELLIOTT
v.
RAY.

---

## Elliott and Others v. Ray, in Chancery.

Tuesday, June 3.

BILL in chancery on a decree for a certain sum of money, rendered by a Court of chancery in the state of *Kentucky,* in a case in which the defendant appeared, and in which there was a trial on the merits.

*Held,* that the decree whilst unreversed—unless it was fraudulent, or the Court rendering it had no jurisdiction—was conclusive evidence that the amount was due to the complainants, at the time the decree was rendered.